| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John L. Smaha, Esq.   (Bar No. 095855)<br>Gustavo E. Bravo, Esq. (Bar No. 218752)<br>SMAHA LAW GROUP<br>7860 Mission Center Court, Ste. 100<br>San Diego, CA 92108<br>(619) 688-1557/(619) 688-1558 (Fax)<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Maria Paculan | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |

| In re<br>Combined Rental Services, Inc.<br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 09-26777-SB<br><br>DATE: 2/16/10<br>TIME: 9:30 a.m.<br>CTRM: 1575<br>FLOOR: 15th |
|---|---|

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (with supporting declarations)
### (MOVANT: MARIA PACULAN )
### (Action in Non-bankruptcy Forum)

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. Hearing Location:   ☒ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana
   ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and must appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
      ☐ at the hearing    ☐ at least _____ court days before the hearing.
   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).
   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.
   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time, and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* 20    **F 4001-1M.NA**

| In re    (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Combined Rental Services, Inc.      Debtor(s). | CASE NO.: 09-26777-SB |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 1/19/10

                                                                        Smaha Law Group, APC
                                                                        *Print Law Firm Name (if applicable)*

Gustavo E. Bravo                                         /s/ Gustavo E. Bravo
*Print Name of Individual Movant or Attorney for Movant*     *Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                 **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* 20    **F 4001-1M.NA**

| In re                                    (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Combined Rental Services, Inc.                                      Debtor(s). | CASE NO.: 09-26777-SB |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### (MOVANT:  MARIA PACULAN                                                       )

1. **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (the "Non-bankruptcy Action") in a non-bankruptcy forum:

    Case name: Maria Paculan v. Combined Rental Services, Inc. and Mario Nazario
    Docket number: LC018267
    Court or agency where pending: Superior Court of California - County of Los Angeles - Northwest Division

2. **Case History:**
    a. ☒ A voluntary  ☐ An involuntary   petition under Chapter  ☒ 7  ☐ 11  ☐ 12  ☐ 13
       was filed on *(specify date)*:
    b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
       was entered on *(specify date)*:
    c. ☐ Plan was confirmed on *(specify date)*:
    d. ☐ Other bankruptcy cases affecting this action have been pending within the past two years. See attached Declarations.
    e. For additional case history, see attached continuation page.

3. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:
    a. ☐ The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.
    b. ☒ The claim is insured. Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor(s) or estate property.
    c. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
    d. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
    e. ☐ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.
    f. ☐ The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.
    g. ☐ Other reasons to allow the Non-bankruptcy Action to proceed are set forth in an attached Declaration.

4. ☐ Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
    a. ☒ Movant submits the attached Declaration(s) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
    b. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* 20    **F 4001-1M.NA**

| In re                                  (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Combined Rental Services, Inc.                                                      Debtor(s). | CASE NO.: 09-26777-SB |

    c. ☐ Other evidence *(specify)*:

6. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order granting the following:**

1. Relief from the stay to Movant (and its successors and assigns, if any) *(check boxes re all applicable relief requested)*:
   a. ☐ Terminating the stay as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulling the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).
   c. ☒ Modifying or conditioning the stay as set forth in the attached continuation page:

2. Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against Debtor(s) or estate property.

3. ☒ Additional provisions requested:
   a. ☒ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.
   c. ☐ That the Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.
   d. ☐ For other relief requested, see attached continuation page.

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: 1/19/10                                                  Respectfully submitted,

MARIA PACULAN
*Movant Name*

Smaha Law Group, APC
*Firm Name of Attorney for Movant (if applicable)*

By: _[signature]_                    /s/ Gustavo E. Bravo
       *Signature*

Name:   Gustavo E. Bravo
*Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                  **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of* 20    **F 4001-1M.NA**

| In re (SHORT TITLE)<br>Combined Rental Services, Inc.    Debtor(s). | CHAPTER: 7<br>CASE NO.: 09-26777-SB |
|---|---|

## DECLARATION RE ACTION IN NON-BANKRUPTCY FORUM
### (MOVANT: MARIA PACULAN)

I, James Johnson, declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding the state court lawsuit, administrative proceeding, or other action in a non-bankruptcy forum ("Non-bankruptcy Action") that is the subject of this Motion because:

    a. ☐ I am the Movant.

    b. ☒ I am the Movant's attorney of record in the Non-bankruptcy Action.

    c. ☐ I am employed by the Movant as *(state title and capacity)*:

    d. ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Non-bankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The Non-bankruptcy Action at issue is currently pending as:

    Case name: Maria Paculan v. Combined Rental Services, Inc. and Mario Nazario
    Docket number: LC018267
    Court or agency where pending: Superior Court of California - County of Los Angeles - Northwest Division

4. **Procedural Status:**

    a. The causes of action pleaded in the non-bankruptcy forum are *(list)*:
    Complaint for Damages arising out of negligence and negligent entrustment of an automobile.

    True and correct copies of the pleadings filed before the non-bankruptcy forum are attached hereto as Exhibit A____.

    b. The Non-bankruptcy Action was filed on *(specify date)*: 4/26/09

    c. Trial or hearing began/is scheduled to begin on *(specify date)*: 2/24/10

    d. The trial or hearing is estimated to require the following number of court days *(specify)*: Two to Three Days

    e. Other defendants to the Non-bankruptcy Action are *(specify)*: Driver, Mario Nazario

5. **Grounds for relief from stay:**

    a. ☒ The claim is insured. The insurance carrier and policy number are *(specify)*:
    Golden Eagle Insurance Company, Policy Number BA 8059859.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of 20*    F 4001-1M.NA

| In re<br>Combined Rental Services, Inc. | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 09-26777-SB |

b. ☒ The matter can be tried more expeditiously in the non-bankruptcy forum.
 (1) ☒ It is currently set for trial on: 2/24/10
 (2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by *(specify date)*:
  The basis for this belief is *(specify)*:

 (3) ☒ The matter involves non-debtor parties who are not subject to suit in the bankruptcy court. A single trial in the non-bankruptcy forum is the most efficient use of judicial resources.

c. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Non-bankruptcy Action.
 (1) ☐ Movant is the only creditor (or the only substantial creditor) scheduled by the Debtor(s).
 (2) ☐ The timing of the petition filing shows that it was intended to delay or interfere with the Non-bankruptcy Action based upon the following facts *(specify)*:

 (3) ☐ Debtor(s) does(do) not have a reasonable likelihood of reorganizing in this Chapter ☐ 11 ☐ 13 bankruptcy case based upon the following facts *(specify)*:

d. ☐ For other facts justifying relief from stay, see attached continuation page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 19, 2010, at Irvine, CA
_____ *(city, state)*.

James Johnson
*Print Declarant's Name*

/s/ James Johnson
*Signature of Declarant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-1M.NA

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of 20*    **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Combined Rental Services, Inc. | Debtor(s). | CASE NO.: 09-26777-SB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7860 Mission Center Court, Ste. 100, San Diego, CA 92108

A true and correct copy of the foregoing document described as <u>Notice of Motion and Motion for Relief from the Automatic Stay under 11 USC §362 (with supporting declaration)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On <u>1/20/10</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See Attached Service List for Parties Served via U.S. Mail

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>1/21/10</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Judge Samuel Bufford, Presiding
255 E. Temple Street, Room 1582
Los Angeles, CA 90012

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/19/10 | Amelda M. Johnson | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

## *ADDITIONAL SERVICE LIST* - Page 8 of 20

Edward M. Wolkowitz
Robinson, Diamant & Wolkowitz
1777 Century Park East, #1500
Los Angeles, CA 90067
*Trustee*

Gary Leibowitz
The Law Office of Gary Leibowitz
4050 Katella Ave., Ste. 201
Los Alamitos, CA 90720
*Attorneys for Debtor*

United States Bankruptcy Court
Central District of California
Roybal Federal Building
255 E. Temple Street,
Attn: Intake 9th Floor
Los Angeles, CA 90012

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
COMBINED RENTAL SERVICES, MARIO NAZARIO, and DOES 1 through 50, Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MARIA PACULAN,

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ORIGINAL FILED
Northwest District
APR 28 2008
LOS ANGELES
SUPERIOR COURT

CASE NUMBER: LC081267

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
6230 Sylmar Avenue
Van Nuys, CA 91401
Northwest District

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James Johnson, Esq., SBN#242241    (949) 225-3931
SEEGMILLER JOHNSON
100 Bayview Circle, Suite 4200
Newport Beach, CA 92660

DATE: APR 28 2008    Clerk, by _____, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
SUMMONS
Code of Civil Procedure §§ 412.20, 465

Exhibit A: Page 10 of 20

James Johnson, Esq. SBN# 242241
William W. Seegmiller, Esq. SBN#98740
SEEGMILLER ✦ JOHNSON
100 Bayview Circle, Suite 4200
Newport Beach, CA 92660
Phone: (949) 225-3939
Fax:   (949) 225-3933

Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES – NORTHWEST DISTRICT

| | |
|---|---|
| MARIA PACULAN, <br><br> Plaintiff, <br><br> v. <br><br> COMBINED RENTAL SERVICES; MARIO NAZARIO; and DOES 1 through 50, Inclusive, <br><br> Defendants. | CASE NO.: LC081267 <br><br> COMPLAINT FOR DAMAGES |

COMES NOW, the plaintiff MARIA PACULAN who complains and alleges as follows:

1. That the incident complained of herein happened at or near the intersection of Lindero Canyon Road and Agoura Road, in the City of Westlake Village, County of Los Angeles, State of California.

2. The true names and capacities, whether individual, corporate, associate or otherwise of the defendants, DOES 1 through 50, inclusive, are unknown to plaintiff who therefore sues said defendants by such fictitious names and plaintiff will ask leave of court to amend this complaint to show their true names and capacities when the same have been ascertained. Plaintiff is informed and believes and thereupon alleges that each of the defendants

1
COMPLAINT FOR DAMAGES

designated herein by a fictitious name is negligently responsible in some manner for the events and happenings herein referred to and negligently caused the injuries and damages to the plaintiff.

3. That defendants, MARIO NAZARIO; and DOES 1 through 50, Inclusive, and each of them, were the agents and employees of the codefendants, and each of them, and in doing the acts complained of herein, were acting within the course, scope and purpose of said agency and employment, and as such were acting at the direction and with the consent and under the control of the codefendants, and each of them. Further, that each defendant when acting as a principal or parent company, was negligent in the selection, hiring and supervision of the codefendants, and each of them, as agents, employees or subsidiaries.

4. That Defendants COMBINED RENTAL SERVICES; and DOES 1 through 50, and each of them, were corporations or other business entities organized and existing by virtue of the laws of the State of California, and authorized to and doing business within the County of Los Angeles, State of California.

5. That at all times mentioned herein, the defendants and each of them, were the agents, servants, and/or employees of each and every other defendant, and that all acts and omissions herein complained of were performed within the course and scope of said employment, service and/or agency and with the consent of each of the defendants.

6. Plaintiff is informed and believes and thereon alleges that at all times mentioned herein, defendants COMBINED RENTAL SERVICES; MARIO NAZARIO; and DOES 1 through 50, and each of them, were the owners and operators of a motor vehicle described as a 2000 Ford F550 truck, California License Number 6K76047.

7. That on or about October 24, 2006, at approximately 7:40 a.m. plaintiff was operating a 2001 Lexus automobile, Nevada License Number LV948A, in a southbound

///
///
///

2
COMPLAINT FOR DAMAGES

direction of travel on Lindero Canyon Road at or near its intersection with Agoura Road Boulevard, in the City of Westlake Village, County of Los Angeles, State of California.

8. That at or near said time and place, defendants, and each of them, so negligently, carelessly and recklessly drove, managed, maintained, controlled, operated and entrusted their vehicle so as to cause a collision with said automobile being operated by the plaintiff.

9. As a proximate result of the said negligence of the defendants, and each of them, the plaintiff was hurt and injured in plaintiff's health, strength and activity, sustaining injury to plaintiff's body and shock and injury to plaintiff's nervous system and person, all of which said injuries have caused and continue to cause plaintiff great mental, physical and nervous pain and suffering. Plaintiff is informed and believes and thereon alleges that said injuries will result in some permanent disability to the said plaintiff, all to plaintiff's general damages according to proof.

10. As a proximate result of the said negligence of the defendants, and each of them, plaintiff was required to and did employ physicians and surgeons to examine, treat and care for plaintiff and did incur medical and incidental expenses. The exact amount of such expense is unknown to plaintiff at this time, and plaintiff will seek leave of the court to amend this complaint to set forth the true and correct amount of said medical and incidental expenses, past and future, when the same have been ascertained.

11. As a further proximate result of the said negligence of the defendants, and each of them, plaintiff was unable to attend to plaintiff's usual occupation for a period of time and sustained loss of earnings and earning power; whereby that exact amount of said loss of earnings and earning power is unknown to plaintiff at the present time, and plaintiff will seek leave of the court to amend this complaint to set forth the true and correct amounts of said loss of earnings and earning power, when the same have been ascertained.

///
///
///

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, as follows:

1. General damages according to proof;
2. All medical and incidental expenses according to proof;
3. All loss of earnings and earning power as proved;
4. Costs of suit incurred herein;
5. For interest according to law; and,
6. For such other and further relief as the court may deem just and proper.

Dated: April 24, 2008                                          SEEGMILLER ♦ JOHNSON


                                                               By: _____
                                                               James Johnson
                                                               Attorneys for Plaintiff

4
COMPLAINT FOR DAMAGES

**Exhibit A: Page 14 of 20**

ZURAWSKI & JARDINE
Jacqueline Cruz - SBN 247980
6420 Wilshire Boulevard, Suite 600
Los Angeles, California 90048
Telephone: (323) 951-0467
Facsimile: (323) 951-0187

Attorney for Defendants, Combined Rental Services and
Mario Nazario

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES - VAN NUYS (NORTHWEST DISTRICT)

| MARIA PACULAN, | ) Case No.: LC081267 |
|---|---|
| Plaintiff, | ) Complaint filed: April 28, 2008<br>) Assigned to: Hon. Richard Adler, Dept. NW "Y" |
| v. | ) |
| COMBINED RENTAL SERVICES; | ) ANSWER TO COMPLAINT |
| MARIO NAZARIO; and | ) |
| DOES 1 through 50, Inclusive, | ) DISCOVERY CUT-OFF: NONE |
|  | ) TRIAL DATE: NONE |
| Defendants. | ) |

Defendants, COMBINED RENTAL SERVICES and MARIO NAZARIO, in answer to the unverified Complaint on file herein, and by virtue of the provisions of Code of Civil Procedure section 431.30, now file their general denial to said unverified Complaint and to each cause of action thereof and answering all of the allegations thereof, Defendants denies each and all of them. Defendants further specifically deny that Plaintiff has been damaged in any sum or sums whatsoever, or at all.

Defendants states the following separate affirmative defenses to this action:

AFFIRMATIVE DEFENSES

1. As to each and every cause of action alleged in the Complaint herein, Defendant is informed and believes and thereon alleges that any and all alleged events, happenings, injuries and ///

-1-

ANSWER TO COMPLAINT - MARIA PACULAN VS. COMBINED RENTAL SERVICES, ET AL.

damages, if any, were proximately caused or contributed to by the failure of Plaintiff to exercise ordinary care at the time and place alleged.

2.  As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon alleges that Plaintiff fails to state facts sufficient to constitute a cause of action.

3.  As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon alleges that the injuries and damages complained of by Plaintiff, if any there were, were either wholly, or in part, directly and proximately caused by the conduct of persons or entities other than the answering Defendants.

4.  As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon alleges that the injuries and damages complained of by Plaintiff, if any there were, were either wholly, or in part, directly and proximately caused by the conduct of persons or entities other than the answering Defendants and said conduct is either imputed to Plaintiff by reason of the relationship between Plaintiff and said persons or entities, or comparatively reduces the proportion of liability of the answering Defendants.

5.  As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon alleges that Plaintiff has failed to mitigate his damages, if any.

6.  As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon alleges that any and all alleged events, happenings, injuries and damages, if any, were proximately caused or contributed to by Plaintiff, who assumed all risks and hazards incident to the conduct alleged in the charging allegations.

7.  As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon alleges that any injuries and damages which Plaintiff may have suffered were proximately caused by the several negligence of named Defendants or the fictitiously named Doe Defendants, or any of them, or others and accordingly, liability for non-economic damages, if any, must be apportioned, reduced, or allocated in direct proportion to that Defendant's/person's percentage of fault. C.C. §1431.1 et seq.

///

-2-

ANSWER TO COMPLAINT - MARIA PACULAN VS. COMBINED RENTAL SERVICES, ET AL.

**Exhibit A: Page 16 of 20**

8. As to each and every cause of action alleged in the Complaint herein, Defendant(s) is (are) informed and believe(s) and thereon allege(s) that Plaintiff's parents, legal guardians or other person(s) failed to provide and/or properly use, or demand placement of Plaintiff(s) within a conforming child restraint system so as to properly secure (each) such child within the vehicle requiring a child restraint system in violation of California Vehicle Code section 27360, thereby causing or contributing to the injuries of each Plaintiff requiring such a restraint system.

9. As to each and every cause of action alleged in the Complaint herein, Defendant(s) is (are) informed and believe(s) and thereon allege(s) that Plaintiff was not wearing a seatbelt in violation of California Vehicle Code section 27315, thereby contributing to and causing his own injuries.

10. As to each and every cause of action alleged in the Complaint herein, Defendant(s) is (are) informed and believe(s) and thereon allege(s) that Plaintiff has failed to act reasonably to minimize any loss or harm that it suffered and could have avoided such harm by making reasonable efforts or expenditures.

11. As to each and every cause of action alleged in the Complaint herein, Defendant(s) is (are) informed and believe(s) and thereon allege(s) that Plaintiff(s) has failed to comply with Vehicle Code §§23152 and 23153 and/or pursuant to Civil Code §3333.4, the Plaintiff(s) is barred from recovering non-economic damages.

12. As to each and every cause of action alleged in the Complaint herein, Defendant(s) is (are) informed and believe(s) and thereon allege(s) that Plaintiff's right of recovery is limited based upon California Civil Code §3333.4(a)(2) because Plaintiff was the owner of the involved vehicle and did not have insurance as required by the law of the State of California as of the date of the alleged accident.

13. As to each and every cause of action alleged in the Complaint herein, Defendant(s) is (are) informed and believe(s) and thereon allege(s) that Plaintiff's right of recovery is limited based upon California Civil Code §3333.4(a)(3) because Plaintiff was the uninsured operator of the vehicle he was operating at the time of the alleged accident.

///

14. As to each and every cause of action alleged in the Complaint herein, Defendant(s) is (are) informed and believe(s) and thereon allege(s) that the Complaint is barred by the applicable statutes of limitations, including, but not limited to, any and/or all of the provisions of Code of Civil Procedure Sections 337, 337.1, 337.15, 338(a), 338(b), 338(c), 338(d), 339, 340 and/or 343.

15. As to each and every cause of action alleged in the Complaint herein, Defendant(s) is (are) informed and believe(s) and thereon allege(s) that Plaintiff caused in total or in part the subject motor vehicle accident by stopping/braking/slowing suddenly or inadvertently without any adequate, legal and/or reasonable justification or explanation.

WHEREFORE, the answering Defendants pray that Plaintiff takes nothing by reason of the Complaint and that the answering Defendants be given judgment for their costs of suit incurred herein, to be incurred, and for such other and further relief as the Court deems just and proper.

DATED: July 14, 2008                    ZURAWSKI & JARDINE

                                        _____
                                        JACQUELINE CRUZ
                                        Attorney for Defendants, Combined Rental
                                        Services and Mario Nazario

- 4 -

ANSWER TO COMPLAINT - MARIA PACULAN VS. COMBINED RENTAL SERVICES, ET AL

**Exhibit A: Page 18 of 20**

**PROOF OF SERVICE**
1013a (3) CCP revised 5-1-88.

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6420 Wilshire Boulevard, Suite 600, Los Angeles, CA 90048.

On July 15, 2008, I served the foregoing document described as **ANSWER TO COMPLAINT** on the interested parties in this action by placing ___ the original AND/OR _x_ a true copy thereof in a sealed envelope as addressed on the attached Proof of Service List.

_X_ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

____ (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents to be sent to the recipients noted above via electronic transfer (FAX) at the respective telephone numbers indicated above.

_X_ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 15, 2008, at Los Angeles, California.

SONIA HENRY                                    _____
                                               Signature

-1-

POS

PROOF OF SERVICE LIST
*Maria Paculan v. Combined Rental Services, et al*

<u>Attorneys for Plaintiff, Maria Paculan:</u>

James Johnson, Esq.
SEEGMILLER JOHNSON
100 Bayview Circle, Ste. 420
Newport Beach, CA 92660
*Telephone number: (949) 225-3939*
*Facsimile number: (949) 225-3933*